UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELE ROSATI,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>        Defendant. | No. 2:21-cv-409<br><br>CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND CIVIL COVER SHEET |

Sean C. Knowles states:

On this date I caused to be served on each of the attorneys of record, as identified below, copies of the following documents:

    1.    Notice of Removal; and

    2.    Civil Cover Sheet.

Service was accomplished on each party, at the addresses set forth below, by the manner indicated:

| | |
|---|---|
| Brad J. Moore, WSBA #21802<br>STRITMATTER KESSLER KOEHLER MOORE<br>3600 15th Avenue West #300<br>Seattle, WA 98119<br>Telephone: (206) 448-1777<br>Facsimile: (206) 728-2131<br>E-mail: brad@stritmatter.com | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ ECF Notification |

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND CIVIL COVER SHEET – 1

151965843.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| Brian J. Robbins<br>Stephen J. Oddo<br>Eric M. Carrino<br>ROBBINS LLP<br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: brobbins@robbinsllp.com<br>　　　　soddo@robbinsllp.com<br>　　　　ecarrino@robbinsllp.com | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ ECF Notification |

Attorneys for Plaintiff

DATED this 26th day of March, 2021.

*/s/ Sean C. Knowles*, WSBA No. 39893
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email: SKnowles@perkinscoie.com

Attorneys for Defendant AMAZON.COM, INC

---

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND CIVIL COVER SHEET – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

151965843.1