1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9    MICHELE ROSATI,                          No.  2:21-cv-409

10                        Plaintiff,           DEFENDANT AMAZON.COM, INC.'S
                                               CORPORATE DISCLOSURE STATEMENT
11          v.

12   AMAZON.COM, INC., a Delaware
     corporation,
13
                            Defendant.
14

15          Pursuant to Local Civil Rule 7.1, Amazon.com, Inc., has no parent corporation, and no

16   publicly held corporation owns 10 percent or more of Amazon.com, Inc.'s stock.

17          Dated this 26th day of March, 2021.

18                                             By:  *s/ Sean C. Knowles*
                                                    Sean C. Knowles, WSBA #39893
19

20                                             By:  *s/ Joseph E. Bringman*
                                                    Joseph E. Bringman, WSBA #15236
21

22                                             **Perkins Coie LLP**
                                               1201 Third Avenue, Suite 4900
23                                             Seattle, WA  98101-3099
                                               Telephone:  206.359.8000
24                                             Facsimile:  206.359.9000
                                               Email:  SKnowles@perkinscoie.com
25                                                       JBringman@perkinscoie.com

26                                             Attorneys for Defendant AMAZON.COM, INC.

DEFENDANT AMAZON.COM, INC.'S
CORPORATE DISCLOSURE STATEMENT
– 1

151966013.1

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on March 26, 2021, I caused the following attorneys of record to be served the foregoing document by the method(s) indicated:

| | |
|---|---|
| Brad J. Moore, WSBA #21802<br>STRITMATTER KESSLER KOEHLER MOORE<br>3600 15th Avenue West #300<br>Seattle, WA 98119<br>Telephone: (206) 448-1777<br>Facsimile: (206) 728-2131<br>E-mail: brad@stritmatter.com | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ ECF Notification |
| Brian J. Robbins<br>Stephen J. Oddo<br>Eric M. Carrino<br>ROBBINS LLP<br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: brobbins@robbinsllp.com<br>  soddo@robbinsllp.com<br>  ecarrino@robbinsllp.com | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br><br>___ ECF Notification |

Attorneys for Plaintiff

DATED this 26th day of March, 2021.

*/s/ Sean C. Knowles*

CERTIFICATE OF SERVICE – 1

**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Phone:  206.359.8000<br>Fax:  206.359.9000