UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELE ROSATI,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>    Defendant. | No. 2:21-cv-409<br><br>VERIFICATION OF STATE COURT RECORDS |

Sean C. Knowles declares:

1. I am an attorney representing defendant Amazon.com, Inc. ("Defendant") herein.

2. Attached are true and complete copies of all pleadings, orders and other records and proceedings that were filed in the Superior Court of the State of Washington for King County in Cause No. 21-2-03591-1 SEA, entitled "Rosati v. Amazon," with the exception of the Complaint, a copy of which previously was attached to Defendant 's Notice of Removal.

**I declare under penalty of perjury that the foregoing is true and correct.**

VERIFICATION OF STATE COURT
RECORDS  (No. _____) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

151965661.1

1     EXECUTED this 26th day of March, 2021.

2

3                                     *s/ Sean C. Knowles*
                                    Sean C. Knowles, WSBA #39893

4                                     **Perkins Coie LLP**
                                    1201 Third Avenue, Suite 4900

5                                     Seattle, WA  98101-3099
                                    Telephone:  206.359.8000

6                                     Facsimile:  206.359.9000
                                    Email:  SKnowles@perkinscoie.com

7

                                    Attorney for Defendant AMAZON.COM, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

VERIFICATION OF STATE COURT
RECORDS (No. _____) –2

151965661.1

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on March 26, 2021, I caused the following attorneys of record to be served the foregoing document by the method(s) indicated:

Brad J. Moore, WSBA #21802
STRITMATTER KESSLER KOEHLER MOORE
3600 15th Avenue West #300
Seattle, WA 98119
Telephone: (206) 448-1777
Facsimile: (206) 728-2131
E-mail: brad@stritmatter.com

___ Via hand delivery
_X_ Via U.S. Mail, 1st Class, Postage Prepaid
___ Via Overnight Delivery
___ Via Facsimile
_X_ Via Email
___ ECF Notification

Brian J. Robbins
Stephen J. Oddo
Eric M. Carrino
ROBBINS LLP
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
         soddo@robbinsllp.com
         ecarrino@robbinsllp.com

___ Via hand delivery
_X_ Via U.S. Mail, 1st Class, Postage Prepaid
___ Via Overnight Delivery
___ Via Facsimile
_X_ Via Email
___ ECF Notification

Attorneys for Plaintiff

DATED this 26th day of March, 2021.

*/s/ Sean C. Knowles*

CERTIFICATE OF SERVICE – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

151965661.1