IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| MICHELE ROSATI,<br><br>            Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>            Defendant. | NO.<br><br>**SUMMONS** |

      TO THE DEFENDANT: A lawsuit has been started against you in the above-entitled court by Plaintiff. Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

      In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the person signing this Summons within 20 days after the service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what she asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

      You may demand that the Plaintiff file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the person signing this Summons. Within 14

SUMMONS - 1

days after you serve the demand, the Plaintiff must file this lawsuit with the Court, or the service on you of this Summons and Complaint will be void. If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of Washington.

**DATED** this 18th day of March, 2021.

STRITMATTER KESSLER KOEHLER MOORE

/s/ Brad J. Moore
Brad J. Moore, WSBA #21802
3600 15th Avenue West #300
Seattle, WA 98119
Telephone: (206) 448-1777
Facsimile: (206) 728-2131
E-mail: brad@stritmatter.com

ROBBINS LLP
Brian J. Robbins
Stephen J. Oddo
Eric M. Carrino
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
         soddo@robbinsllp.com
         ecarrino@robbinsllp.com
Attorneys for Plaintiff

SUMMONS - 2