THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELE ROSATI,<br><br>         Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>         Defendant. | No. 2:21-cv-409-RAJ<br><br>SUPPLEMENTAL VERIFICATION OF STATE COURT RECORDS |

Sean C. Knowles declares:

1. I am an attorney representing defendant Amazon.com, Inc. herein.

2. On March 26, 2021, I filed in this case a Verification of State Court Records (ECF No. 4) (the "Verification"). I hereby supplement the Verification by attaching a true and correct copy of a Declaration of Service filed in the Superior Court of the State of Washington for King County in Cause No. 21-2-03591-1 SEA, captioned "Rosati v. Amazon" (the "King County Action"), on March 26, 2021. That Declaration of Service did not appear on the electronic docket sheet for the King County Action when I accessed it, via the King County Superior Court Clerk's

/
/
/
/

SUPPLEMENTAL VERIFICATION OF STATE COURT RECORDS (No. 2:21-cv-409-RAJ) – 1

LEGAL151965661.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  Office ECR Online application, shortly before filing the Verification.

2  **I declare under penalty of perjury that the foregoing
3  is true and correct.**

4  EXECUTED this 9th day of April, 2021.

5  *s/ Sean C. Knowles*
Sean C. Knowles, WSBA #39893

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  SKnowles@perkinscoie.com

Attorneys for Defendant AMAZON.COM, INC.

---

SUPPLEMENTAL VERIFICATION OF STATE
COURT RECORDS (No. 2:21-cv-409-RAJ) – 2

LEGAL151965661.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on April 9, 2021, I caused the following attorneys of record to be served the foregoing document by the method(s) indicated:

| | |
|---|---|
| Brad J. Moore, WSBA #21802<br>STRITMATTER KESSLER KOEHLER MOORE<br>3600 15th Avenue West #300<br>Seattle, WA 98119<br>Telephone: (206) 448-1777<br>Facsimile: (206) 728-2131<br>E-mail: brad@stritmatter.com | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email<br>_X_ ECF Notification |
| Brian J. Robbins<br>Stephen J. Oddo<br>Eric M. Carrino<br>ROBBINS LLP<br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: brobbins@robbinsllp.com<br>  soddo@robbinsllp.com<br>  ecarrino@robbinsllp.com | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ ECF Notification |

Attorneys for Plaintiff

DATED this 9th day of April, 2021.

/s/ Sean C. Knowles
Sean C. Knowles, WSBA #39893

CERTIFICATE OF SERVICE – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

LEGAL151965661.2