IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| MICHELE ROSATI,<br><br>                      Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                      Defendant. | NO. 21-2-03591-1 SEA<br><br>**DECLARATION OF SERVICE OF:**<br><br>SUMMONS<br><br>COMPLAINT FOR RELIEF PURSUANT TO 8 DELAWARE GENERAL CORPORATION LAW CODE SECTION 220 TO COMPEL INSPECTION OF BOOKS AND RECORDS<br><br>ORDER SETTING CIVIL CASE SCHEDULE |

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

At 12:39 p.m. on the 25th day for the month of March 2021, at 300 Deschutes Way Southwest, Suite 208, Tumwater, Washington 98501, I duly served the above described documents in the above-entitled matter upon Amazon.com, Inc. by then and there personally

DECLARATION OF SERVICE - 1 OF 2

delivering a true and correct copy thereof by leaving the same with Cynthia Jones (Corporation Service Company), authorized to receive on behalf of Amazon.com, Inc.

DESCRIPTION OF RECIPIENT:

- CAUCASIAN FEMALE
- MEDIUM STATURE
- MEDIUM BUILD
- SHOULDER LENGTH DARK HAIR
- 50'S
- NO GLASSES

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Dated at Seattle, WA this 26th day of March 2021.

By: Yumie Lawson

_____
Process Server
LICENSE #: 1116562

DECLARATION OF SERVICE - 2 OF 2