THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELE ROSATI,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>        Defendant. | No. 2:21-cv-00409-RAJ<br><br>STIPULATED MOTION TO REMAND CASE TO WASHINGTON STATE SUPERIOR COURT FOR KING COUNTY<br><br>NOTE ON MOTION CALENDAR:<br>Monday, April 12, 2021 |

The above-captioned case was removed to this Court from the Washington State Superior Court for King County ("King County Superior Court") on March 26, 2021. In King County Superior Court, the case was docketed as No. 21-2-03591-1 SEA.

The parties now agree to jointly seek the remand of the case to King County Superior Court, pursuant to 28 U.S.C. § 1447. Consequently, the parties stipulate to and agree to entry of the accompanying proposed Order and together move that the proposed Order be immediately entered by the Court.

STIPULATED MOTION TO REMAND
TO STATE COURT
(No. 2:21-cv-00409-RAJ) – 1

131691-1201.0021/LEGAL152063306.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

RESPECTFULLY SUBMITTED this 12th day of April 2021.

*s/ Brad J. Moore (per email authorization)*
Brad J. Moore, WSBA #21802
**Stritmatter Kessler Koehler Moore**
3600 15th Avenue West #300
Seattle, WA 98119
Telephone: (206) 448-1777
Facsimile: (206) 728-2131
E-mail: brad@stritmatter.com
*Attorneys for Plaintiff Michele Rosati*

*s/ Sean C. Knowles*
Sean C. Knowles, WSBA #39893
Joseph E. Bringman, WSBA #15236
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: SKnowles@perkinscoie.com
   JBringman@perkinscoie.com
*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION TO REMAND TO STATE COURT
(No. 2:21-cv-00409-RAJ) – 2
131691-1201.0021/LEGAL152063306.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the date set forth below, I caused the following attorneys of record to be served the foregoing document by the method(s) indicated:

| | |
|---|---|
| Brad J. Moore, WSBA #21802<br>STRITMATTER KESSLER KOEHLER MOORE<br>3600 15th Avenue West #300<br>Seattle, WA 98119<br>Telephone: (206) 448-1777<br>Facsimile: (206) 728-2131<br>E-mail: brad@stritmatter.com | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>_X_ ECF Notification |
| Brian J. Robbins<br>Stephen J. Oddo<br>Eric M. Carrino<br>ROBBINS LLP<br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: brobbins@robbinsllp.com<br>            soddo@robbinsllp.com<br>            ecarrino@robbinsllp.com | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ ECF Notification |

Attorneys for Plaintiff

DATED this 12th day of April, 2021.

/s/ Sean C. Knowles
Sean C. Knowles, WSBA #39893

CERTIFICATE OF SERVICE – 1

131691-1201.0021/LEGAL152063306.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000