THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICHELE ROSATI,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,

    Defendant.

No. 2:21-cv-00409-RAJ

[PROPOSED] ORDER REMANDING CASE TO WASHINGTON STATE SUPERIOR COURT FOR KING COUNTY

This Matter came before the Court on Plaintiff's and Defendant's Stipulated Motion to Remand Case to Washington State Superior Court for King County (the "Stipulated Motion"). The Court has considered the pleadings and papers on file, including Defendant's Notice of Removal, as well as the Stipulated Motion. The Court hereby ORDERS:

1. The Stipulated Motion is GRANTED.

2. The above-captioned case is REMANDED to the Washington State Superior Court for King County (the "King County Superior Court"), where it had previously been docketed as Case No. 21-2-03591-1 SEA. The King County Superior Court may proceed with the case.

3. Pursuant to 28 U.S.C. § 1447(c), the Clerk of this Court shall mail a certified copy of this Order to the clerk of the King County Superior Court.

ORDER REMANDING CASE TO STATE COURT (No. 2:21-cv-00409-RAJ) – 1

131691-1201.0021/151991425.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. The Clerk is directed to close this case.

IT IS SO ORDERED.

DATED this _____ day of April, 2021.

                                                  The Honorable Richard A. Jones
                                                  United States District Judge

PRESENTED BY:

*s/ Brad J. Moore (per email authorization)*
Brad J. Moore, WSBA #21802
**Stritmatter Kessler Koehler Moore**
3600 15th Avenue West #300
Seattle, WA 98119
Telephone: (206) 448-1777
Facsimile: (206) 728-2131
E-mail: brad@stritmatter.com
*Attorneys for Plaintiff Michele Rosati*

*s/ Sean C. Knowles*
Sean C. Knowles, WSBA #39893
Joseph E. Bringman, WSBA #15236
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  SKnowles@perkinscoie.com
          JBringman@perkinscoie.com
*Attorneys for Defendant Amazon.com, Inc.*

ORDER REMANDING CASE TO STATE
COURT (No. 2:21-cv-00409-RAJ) – 2

131691-1201.0021/151991425.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the date set forth below, I caused the following attorneys of record to be served the foregoing document by the method(s) indicated:

| | |
|---|---|
| Brad J. Moore, WSBA #21802<br>STRITMATTER KESSLER KOEHLER MOORE<br>3600 15th Avenue West #300<br>Seattle, WA 98119<br>Telephone: (206) 448-1777<br>Facsimile: (206) 728-2131<br>E-mail: brad@stritmatter.com | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>_X_ ECF Notification |
| Brian J. Robbins<br>Stephen J. Oddo<br>Eric M. Carrino<br>ROBBINS LLP<br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: brobbins@robbinsllp.com<br>            soddo@robbinsllp.com<br>            ecarrino@robbinsllp.com | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ ECF Notification |

Attorneys for Plaintiff

DATED this 12th day of April, 2021.

/s/ Sean C. Knowles
Sean C. Knowles, WSBA #39893

CERTIFICATE OF SERVICE
(No. 2:21-cv-00409-RAJ) – 1

131691-1201.0021/151991425.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000