THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELE ROSATI,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>        Defendant. | No. 2:21-cv-00409-RAJ<br><br>ORDER REMANDING CASE TO WASHINGTON STATE SUPERIOR COURT FOR KING COUNTY |

This Matter came before the Court on Plaintiff's and Defendant's Stipulated Motion to Remand Case to Washington State Superior Court for King County (the "Stipulated Motion"). The Court has considered the pleadings and papers on file, including Defendant's Notice of Removal, as well as the Stipulated Motion. The Court hereby ORDERS:

    1.    The Stipulated Motion is GRANTED.

    2.    The above-captioned case is REMANDED to the Washington State Superior Court for King County (the "King County Superior Court"), where it had previously been docketed as Case No. 21-2-03591-1 SEA. The King County Superior Court may proceed with the case.

    3.    Pursuant to 28 U.S.C. § 1447(c), the Clerk of this Court shall mail a certified copy of this Order to the clerk of the King County Superior Court.

ORDER REMANDING CASE TO STATE COURT (No. 2:21-cv-00409-RAJ) – 1

131691-1201.0021/151991425.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4.  The Clerk is directed to close this case.

IT IS SO ORDERED.

DATED this 12th day of April, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER REMANDING CASE TO STATE
COURT (No. 2:21-cv-00409-RAJ) – 2

131691-1201.0021/151991425.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000