**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

April 12, 2021

King County Superior Court
Clerk of the Court
516 Third Ave E–609
Seattle, WA 98104

RE: *Rosati v. Amazon.com Inc*
Case #2:21–cv–00409–RAJ

Dear Clerk:

Please find enclosed the certified copy of Judge Richard A. Jones's *Order Remanding Case to State Court* in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 21–2–03591–1

*Assigned to Judge*: _____

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Sandra Rawski,
*Deputy Clerk*

Enclosures